UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00425

**Antonio Terrell Graham,**
*Plaintiff,*

v.

**Commissioner, SSA,**
*Defendant.*

## ORDER

Plaintiff filed the above-styled and numbered civil action pursuant to the Social Security Act, Section 205(g), for judicial review of the Commissioner's denial of his application for Social Security benefits. The cause of action was referred to United States Magistrate Judge John D. Love, who issued a report and recommendation that the decision of the Commissioner be affirmed and that this cause of action be dismissed with prejudice. Doc. 20.

Neither party has filed timely objections to the report and recommendation. Accordingly, the court reviews the magistrate judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The decision of the Commissioner is affirmed, and this cause of action is dismissed with prejudice.

*So ordered by the court on July 12, 2021.*

_____
J. CAMPBELL BARKER
United States District Judge